**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02647-RPM-CBS

HARRY ATHEY,

      Plaintiff,

v.

I.C. SYSTEM, INC., a Minnesota corporation,

      Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATED: March 11th, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                U.S. DISTRICT JUDGE